UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| EDUARDO FIGUEROA, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ALLIED BUILDING PRODUCTS CORP; and DOES 1 to 100, Inclusive,<br><br>　　　　　　Defendants. | Case No. 8:16-CV-02037-AG-KES<br><br>**ORDER OF DISMISSAL** |

　　　　Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: January 09, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　United States District Court for the Central
　　　　　　　　　　　　　　　　　　District of California

Firmwide:152166570.1 083028.1005